# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130495

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TOWNSHIP OF CLAY,
       Plaintiff-Appellant,

v

BRIAN STONE and POLICE OFFICERS
ASSOCIATION OF MICHIGAN,
       Defendants-Appellees.

SC: 130495
COA: 256326
St. Clair CC: 03-002186-AA

_____/

      On order of the Court, the application for leave to appeal the January 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

p0522